RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Thomas Beem

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS BEEM,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00184-LRH-CWH<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Thomas Beem, that the initial appearance currently scheduled for October 5, 2021 at 2:30 p.m. be vacated and set to a date and time convenient to this Court, but no sooner than 21 days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　The defendant is currently residing and receiving medical and rehabilitative care from a rehabilitation center in Las Vegas, Nevada.  Currently, the defendant's medical and physical health prevents him from physically appearing in court for the initial appearance

hearing. Because Mr. Beem is still unable to self-care, he has not been provided a release date from the facility. As a result, a continuance is requested.

    2.    Defense counsel will stay abreast of the defendant's care and will continue to inform the court of any updates regarding his ability to physically appear in court for an initial appearance hearing.

    3.    The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 27th day of September 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>THOMAS BEEM,<br><br>       Defendant. | Case No. 2:14-cr-00184-LRH-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Initial Appearance hearing currently scheduled for Tuesday, October 5, 2021 at 2:30 p.m. be vacated and continued to October 26, 2021 at the hour of 2:30 p.m., in Courtroom 3D before Judge Ferenbach.

DATED this 4th of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE