UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>         v.<br><br>THOMAS BEEM,<br><br>           Defendant. | Case No. 2:14-cr-00184-LRH-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Thomas Beem, that the Revocation Hearing currently scheduled on November 18, 2021 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

      This Stipulation is entered into for the following reasons:

      1.    Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant.

      2.    The defendant is not in custody and agrees with the need for the continuance.

      3.    The parties agree to the continuance.

1   This is the first request for a continuance of the revocation hearing.

2   DATED this 8th day of November 2021.

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |

*/s/ Nisha Brooks-Whittington*      */s/ Jared Grimmer*
By_____    By_____
NISHA BROOKS-WHITTINGTON       JARED GRIMMER
Assistant Federal Public Defender     Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS BEEM,<br><br>　　　　Defendant. | Case No. 2:14-cr-00184-LRH-EJY<br><br>**ORDER** |

　　Based on the pending Stipulation of counsel, and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, November 18, 2021 at 11:00 a.m., be vacated and continued to Thursday, January 6, 2022, at the hour of 11:00 a.m. before District Judge Larry R. Hicks.

　　DATED this 9th day of November 2021.

_____
UNITED STATES DISTRICT JUDGE