UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>THOMAS BEEM,<br><br>              Defendant. | Case No. 2:14-cr-00184-LRH-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Thomas Beem, that the Revocation Hearing currently scheduled on January 6, 2022 at 11:00 a.m., be vacated and continued to January 13, 2022 at 1:30 p.m. or to a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1.     Both Defense counsel and Mr. Beem are unable to meet for purposes of conducting the video conference for the revocation hearing currently scheduled for January 6, 2022. Mr. Beem does not have access to the internet and because undersigned counsel is unable at this time to travel to Mr. Beem for video conferencing, a continuance is requested.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 3rd day of January 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>THOMAS BEEM,<br><br>   Defendant. | Case No. 2:14-cr-00184-LRH-EJY<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Thursday, January 6, 2022 at 11:00 a.m., be vacated and continued to January 13, 2022 at 1:30 p.m.

DATED this 3rd day of January 2022.

_____
UNITED STATES DISTRICT JUDGE